977 A.2d 1087

John P. LASKARIS, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS,
Attorney General of Pennsylvania, Erie County
District Attorney, Appellees.

Supreme Court of Pennsylvania.

July 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2009, the order of the Commonwealth Court is AFFIRMED.